IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD LITMAN et al : | | |
|       Plaintiffs, : | CIVIL ACTION NO. | |
| : | | |
| v. : | 22-cv-04530-RAL | |
| : | | |
| GEICO CASUALTY COMPANY : | | |
|       Defendant. : | | |

### ORDER

**AND NOW**, this 13th day of September 2023, upon consideration of Defendant's Motion to Dismiss (Doc. No. 36), Plaintiffs' Response (Doc. No. 37), and Defendant's Reply (Doc. No. 38), it is hereby **ORDERED**, as follows:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED**;

2. Count II and Count III of Plaintiffs' Amended complaint are dismissed, without prejudice;

3. Plaintiffs' request for punitive damages related to Count I is dismissed;

4. Plaintiffs shall have until September 27, 2023, to file an amended complaint.

5. A responsive pleading or motion under Fed. R. Civ. Pro. 12(b) or (c) must be filed by October 11, 2023.

6. If Defendant files a motion to dismiss, Plaintiffs' Response will be due October 25, 2023, and Defendant's optional Reply shall be due by November 8, 2023.

BY THE COURT:

_s/Richard A. Lloret_
Honorable Richard A. Lloret
U.S. Magistrate Judge