### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD LITMAN et al | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 22-cv-04530-RAL |
| | : | |
| GEICO CASUALTY COMPANY | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 21st day of November 2023, upon consideration of Defendant's Motion to Dismiss Count II of Plaintiffs' Second Amended Complaint (Doc. No. 51), Plaintiffs' Response (Doc. No. 52), and Defendant's Reply (Doc. No. 53), it is hereby **ORDERED**, as follows:

1. Count II of Plaintiffs' Second Amended Complaint is dismissed, with prejudice.

**BY THE COURT:**

*s/Richard A. Lloret*
Honorable Richard A. Lloret
U.S. Magistrate Judge